☒ FILED ☐ LODGED
Jun 27 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,
Plaintiff,
v.
Gina Palacios,
Defendant.

No. CR-25-00947-PHX-DWL (ASB)

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

- ☒ Change of Plea Hearing
- ☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 25 day of June, 2025.

Gina Palacios
Defendant

Richard J. Suzuki
Counsel for Defendant

Digitally signed by MATTHEW WILLIAMS
Date: 2025.06.26 16:22:13 -07'00'

Matthew Williams
Assistant U.S. Attorney