**SUZUKI LAW OFFICES**
Attorneys at Law
Marc A. Adair, Esq. No. 014938
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

vs.

Gina Palacios,

Defendant.

Case No.: **2:25-cr-00947-DWL-1**

**NOTICE OF ASSOCIATION OF COUNSEL**

Undersigned counsel, Richard Suzuki of Suzuki Law Offices, having been retained by Defendant, Gina Palacios, respectfully requests that Marc A. Adair, Esq. of Suzuki Law Offices be associated as attorney of record for Defendant Gila Palacios, to represent her in all further proceedings before this Court.

RESPECTFULLY SUBMITTED this 2nd day of July, 2025.

**SUZUKI LAW OFFICES**

By *_/s/ Marc A. Adair_*
Marc A. Adair, Esq.
Attorney for Defendant *Palacios*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Judge Alison S Bachus
United States District Court
bachus_chambers@azd.uscourts.gov

Matthew Williams
Assistant United States Attorney
matthew.williams@usdoj.gov

*/s/ Marc A. Adair*
Marc A. Adair, Esq.
Attorney for Defendant *Palacios*