**SUZUKI LAW OFFICES**
Attorneys at Law
Marc A. Adair, Esq. No. 014938
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Gina Palacios,<br>Defendant. | Case No.: **2:25-cr-00947-DWL-1**<br>**FIRST MOTION TO CONTINUE SENTENCING**<br>(*Defendant is Out of Custody*) |

COMES NOW Defendant, Gina Palacios, by and through undersigned counsel, moves the Court to issue an order continuing the Sentencing Hearing, presently scheduled for September 22, 2025, at 11:30 a.m. for a period of 90 days.

This Motion is necessary for the following reasons:

1) Undersigned Counsel needs additional time to gather mitigation materials to adequately prepare for sentencing with defendant.
2) Assistant United States Attorney, William Hochul III, has been contacted and does not object to this motion.

It is therefore respectfully requested that the Sentencing be continued for a period of 90 days.

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 31st day of July, 2025.

**SUZUKI LAW OFFICES**

By */s/ Marc A. Adair*
Marc A. Adair, Esq.
Attorney for Defendant *Palacios*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Judge Dominic W. Lanza
United States District Court
lanza_chambers@azd.uscourts.gov

William Hochul, III
Assistant United States Attorney
william.hochul.iii@usdoj.gov

*/s/ Marc A. Adair*
Marc A. Adair, Esq.
Attorney for Defendant *Palacios*