**SUZUKI LAW OFFICES**
Attorneys at Law
Marc A. Adair, Esq. No. 014938
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Gina Palacios,<br>Defendant. | Case No.: **2:25-cr-00947-DWL-1**<br>**MOTION TO WITHDRAW** |

Attorney Marc Adair, defense counsel, hereby moves this Court for an order permitting counsel to withdraw in this matter as attorney for the defendant, Gina Palacios. Richard Suzuki and the Suzuki Law Offices will remain as counsel of record for the defendant. Ms. Palacios has decided to remain with Suzuki Law Offices considering Marc Adair's decision to leave the firm. For this reason, we would request that Mr. Adair be withdrawn from the case.

Mr. Suzuki is aware of the Sentencing Hearing set for April 13, 2026, at 11:00 a.m. before Judge Dominic W. Lanza. Mr. Suzuki certifies that Ms. Palacios has been made known in writing of the status of the case including the dates and times of all

hearings, pending compliance with existing orders and the possibility of sanctions for violating said orders.

RESPECTFULLY SUBMITTED this 27th day of January, 2026.

**SUZUKI LAW OFFICES**

By *_/s/ Marc A. Adair_*
Marc A. Adair, Esq.
Attorney for Defendant *Palacios*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Judge Dominic W. Lanza
United States District Court
lanza_chambers@azd.uscourts.gov

William Hochul, III
Assistant United States Attorney
william.hochul.iii@usdoj.gov

*/s/ Marc A. Adair*
Marc A. Adair, Esq.
Attorney for Defendant *Palacios*