**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Gina Palacios,<br>Defendant. | **Case No.: 2:25-cr-00947-DWL-1**<br><br>**ORDER MOTION TO WITHDRAW** |

Upon Motion of Defendant, good cause shown, and in the interest of justice, it is HEREBY ORDERED granting Marc Adair's withdrawal as attorney of record for Gina Palacios.

DATED this _________ day of __________________, 2026.

_______________________________________
**United States District Judge Dominic W. Lanza**
**United States District Court of Arizona**