**SUZUKI LAW OFFICES**
Attorneys at Law
Richard Suzuki, Esq. No. 021348
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com
Attorneys for Defendant *Palacio*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Gina Judith Palacios,<br>Defendant. | Case No.: **2:25-cr-00947-DWL-1**<br><br>**THIRD MOTION TO CONTINUE SENTENCING**<br><br>(*Defendant is Out of Custody*) |

Defendant, Gina Palacios, by and through undersigned counsel, and moves the Court to issue an Order continuing the Sentencing Hearing, presently scheduled for April 13, 2026, at 11:15 a.m. for an additional period of one hundred and twenty (120) days.

This Motion is necessary for the following reasons:

1) Undersigned Counsel will need additional time to review the PSR, gather mitigation materials, and draft/submit a Sentencing Memorandum to be adequately prepared for sentencing.
2) Assistant United States Attorney, William Hochul III, has been contacted for the Government's position on this requested

continuance and has authorized counsel to indicate in this motion that the government does not object to the motion.

It is therefore respectfully requested that the Sentencing be continued for a period of one hundred and twenty (120) days.

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 20th day of March, 2026.

**SUZUKI LAW OFFICES**

By */s/ Richard Suzuki*
Richard Suzuki, Esq.
Attorney for Defendant *Palacios*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Judge Dominic W. Lanza
United States District Court
lanza_chambers@azd.uscourts.gov

William Hochul, III
Assistant United States Attorney
william.hochul.iii@usdoj.gov

*/s/ Richard Suzuki*
Richard Suzuki, Esq.
Attorney for Defendant *Palacios*