**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Gina Judith Palacios,<br>Defendant. | **Case No.: 2:25-cr-00947-DWL-1**<br><br>**THIRD ORDER MOTION TO CONTINUE SENTENCING**<br><br>(*Defendant is Out of Custody*) |

Upon Motion of Defendant, Gina Palacios, Assistant U.S. Attorney William Hochul III having no objection, and good cause appearing therefrom;

**IT IS ORDERED CONTINUING** the April 13, 2026 Sentencing to _____________, 2026 at _________.m.

DATED this _________ day of __________________, 2026.

______________________________________

**United States District Judge Dominic W. Lanza**
**United States District Court of Arizona**